**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LINDA MARIE HILDEBRAND,**

        **Plaintiff,**

-vs-                                                **Case No. 6:11-cv-1012-Orl-31DAB**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Complaint (Doc. No. 1) filed by Plaintiff on June 17, 2011, to appeal the final decision of the Commissioner of Social Security (the Commissioner) denying her application for benefits.

On May 4, 2012, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the decision of the Commissioner be reversed and the case be remanded. No objections have been filed. Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner is instructed 1) to evaluate all of Plaintiff's impairments, including her incontinence and the effects of her medications, and incorporate the findings in the administrative decision; 2) to consider and explain the weight given to each of the medical opinions; and 3) to conduct any additional proceedings deemed appropriate.

      3.      The Clerk of Court is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 21, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party