# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LINDA MARIE HILDEBRAND,**

        **Plaintiff,**

-vs-                                                    Case No. 6:11-cv-1012-Orl-31DAB

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ATTORNEY'S FEES (Doc. No. 24)** |
| **FILED:** | May 29, 2012 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**, and the Plaintiff is awarded attorney's fees in the amount of $4,875.38 under the EAJA, to be paid to Plaintiff's counsel if the Commissioner determines that the Plaintiff does not owe a debt to the government.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 4, 2012.

                                                             GREGORY A. PRESNELL
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party